OXLEY, appellant, v. KING *et al.*

*Consignor and consignee — advances — agreement to indemnify.*

S. & E. consigned tobacco to the plaintiff, on which the latter made advances. The consignments were made through the defendants, who were also in advance to S. & E. To secure the defendants, S. & E. authorized them to draw on the plaintiff for any balance on the shipment in the plaintiff's hands. The defendants accordingly drew upon this fund for £1,000, at the same time writing to the plaintiff that the draft was drawn against the tobacco, and asking the plaintiff, in case he did not wish to accept, to accept for the defendants' account, and they would re-imburse him. The draft was accepted before the letter of advice reached the plaintiff, and was charged to the account of S. & E. The plaintiff wrote to the defendants that he had no wish that they should re-imburse him on account of the draft; that it was charged against the tobacco, and he had but little doubt but that the amount would eventually be more than fully covered. On a sale of the tobacco there was a deficiency of more than £500. *Held,* that the defendants were not liable to the plaintiff for such deficiency.

APPEAL from a judgment in favor of defendants entered upon the report of a referee. The action was brought by John Stewart Oxley against Oliver K. King and others, to recover for a deficiency between the amount of a draft and a shipment of tobacco, to which plaintiffs resorted to make good the advance by them on the draft.

*Tracy, Olmstead* and *Tracy,* for appellants.

*Beardslee & Cole,* for respondents.

DONOHUE, J.

The head-note fully states the only point passed upon in the opinion, which it is not believed important to publish at length.

*Judgment affirmed.*